<u>CRIMINAL CASE INFORMATION SHEET</u>                    *19-337*

Pittsburgh _____x_____        Erie _____        Johnstown _____

Related to No. _____   Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are
deemed related).

CATEGORY:  1. _____ Narcotics and Other Controlled Substances
           1a. _____ Narcotics and Other Controlled Substances
                     (3 or more Defendants)
           2. __X__ Fraud and Property Offenses
           2a. _____ Fraud and Property Offenses
                     (3 or more Defendants)
           3. _____ Crimes of Violence
           4. _____ Sex Offenses
           5. _____ Firearms and Explosives
           6. _____ Immigration
           7. _____ All Others

Defendant's name:                    Makhan Singh

Is indictment waived:              _____ Yes        x   No

Pretrial Diversion:                _____ Yes        x   No

Juvenile proceeding:               _____ Yes        x   No

Defendant is:                      x   Male        _____ Female

Superseding indictment or information    _____ Yes        x   No

                    Previous case number: _____

If superseding, previous case was/will be:

           _____ Dismissed on defendant's motion
           _____ Dismissed on governments' motion
           _____ After appellate action
           _____ Other (explain)

County in which first offense cited
occurred:            Allegheny _____

Previous proceedings before
Magistrate Judge:            _____

     Case No.:            _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: _____ is in custody    __x__ is not in custody

Name of Institution: _____

Custody is on: _____ this charge    _____ another charge

_____ another conviction

_____ State    _____ Federal

Detainer filed: _____ yes    _____ no

Date detainer filed: _____

Total defendants: __2__

Total counts: __3__

Data below applies to defendant No.: __2__

Defendant's name: Makhan Singh _____

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy | x | |

## FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE:    NOV 0 6 2019    _____

/s/ Christy C. Wiegand
_____
CHRISTY CRISWELL WIEGAND
Assistant U.S. Attorney
MA ID No. 647903